# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 2:14 CR 22

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| NEYANI MARI LONG, ) | |
| ) | |
| Defendant, ) | ORDER |
| and ) | |
| ) | |
| EATERN BAND OF CHEROKEE ) | |
| INDIANS ) | |
| Garnishee. ) | |
| _____ ) | |

Pending before the Court is the Government's Motion for Dismissal of the Order of Continuing Garnishment [# 48]. The balance of the assessment, fine, and/or restitution debt to the United States in this case has been satisfied. Therefore, there is good cause to grant the motion.

The Court **GRANTS** the motion [# 48] and the Order of Continuing Garnishment [# 37] is **DISMISSED**.

Signed: October 30, 2017

Dennis L. Howell
United States Magistrate Judge

1